**Desi GAUSE, as successor in interest to Della Gause (deceased), Plaintiff–Appellant,**

v.

**PHILIP MORRIS INC., Defendant–Appellee.**

**Docket No. 00–9247.**

United States Court of Appeals, Second Circuit.

March 6, 2002.

Amin Khalil Hussain, Esq., argued orally; Desi Gause pro se, Red Creek, N.Y., filed the brief, for Appellant.

Thomas J. Quigley, Winston & Strawn, N.Y., N.Y., for Appellee.

Present KEARSE, JACOBS and KEITH *, Circuit Judges.

### SUMMARY ORDER

This cause came on to be heard on the record from the United States District Court for the Eastern District of New York, and was argued by counsel.

ON CONSIDERATION WHEREOF, it is now hereby ordered, adjudged, and decreed that the judgment of said District Court be and it hereby is affirmed substantially for the reasons stated in Judge Seybert's Memorandum and Order dated August 2, 2000. Personal injuries of smokers are not injuries to "business or property" within the meaning of the Racketeer Influenced and Corrupt Organizations Act 18 U.S.C. §§ 1961 *et seq. See, e.g., Laborers Local 17 Health and Benefit Fund v. Philip Morris, Inc.,* 191 F.3d 229, 241 (2d Cir.1999), *cert. denied,* 528 U.S. 1080, 120 S.Ct. 799, 145 L.Ed.2d 673 (2000).

We have considered all of plaintiff's contentions on this appeal and have found them to be without merit. The judgment of the district court is affirmed.

---

* Honorable Damon J. Keith, of the United States Court of Appeals for the Sixth Circuit, sitting by designation.